OPINION — AG — ** TEACHERS — TENURE ** A TEACHER DOES 'NOT' HAVE TENURE IN A SCHOOL DISTRICT UNLESS THE TEACHER HAS MET THE PROBATIONARY PERIOD REQUIREMENT IN SUCH DISTRICT, AND SERVICE IN OTHER SCHOOL DISTRICTS CANNOT BE RELIED UPON IN DETERMINING WHETHER OR NOT THE PROBATIONARY PERIOD REQUIREMENT HAS BEEN MET. (OUT OF DISTRICT, OUT OF STATE CONTRACT, DEFINITION) CITE: 70 O.S. 6-122 [70-6-122] (JOE C. LOCKHART) ** SEE: OPINION NO. 74-172 (1974) **